LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:16-cv-02004-BRO-AJW | Date | September 21, 2016 |
|---|---|---|---|
| Title | Sanford B. Weiss v. Edmond O Reilly et al | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL** | |
|---|---|---|
| Renee Fisher | Myra Ponce | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**     **(IN CHAMBERS)**

### ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff(s) are ORDERED to show cause why this case should not be dismissed, for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).

   Plaintiff is **ORDERED** to show cause why this case should not be dismissed for failure of Plaintiff's counsel to appear at the Scheduling Conference set for hearing on September 12, 2016.  Response to this Order to Show Cause is to be filed no later than October 13, 2016.

   **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

   IT IS SO ORDERED.