LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-02004 BRO (AJWx) | Date | February 2, 2017 |
|---|---|---|---|
| Title | Sanford B. Weiss v. Edmond O Reilly et al | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL** |
|---|---|

| Renee Fisher | Myra Ponce | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**       **(IN CHAMBERS)**

**ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION AS TO DEFENDANTS EDMOND O REILLY AND RITA O REILLY.

Plaintiff is ORDERED to show cause why this case should not be dismissed as to defendants Edmond O Reilly and Rita O Reilly, for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  In this matter:

Plaintiff(s) have failed to file a proof of service as to defendants Edmond O Reilly and Rita O Reilly within 90 days of the filing of the Complaint.  Plaintiff(s) can satisfy this order by showing that service was effectuated within the 90 day deadline or by showing good cause for the failure to do so.  Fed. R. Civ. P. 4(m).

Plaintiffs must respond to this order within 20 days.  Failure to respond to this OSC will be deemed consent to the dismissal of the action.

IT IS SO ORDERED.